**Motion to Dismiss Granted; Motion to Withdraw Attorney Denied as Moot; Dismissed and Memorandum Opinion filed February 14, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-11-00313-CR
_____

**ANTHONY ANTOINE HENRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1275698**

---

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).